UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NATIONAL CONTINENTAL INSURANCE CO., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No.: 17-cv-2603 |
| GIAN SINGH, as Representative of the Estate of HARPREET SINGH, SUMEET SINGH, AG EXPRESS, INC, and D LINE LOGISTICS, INC. | ) ) ) ) ) |
| Defendants. | ) ) |

**MOTION TO DISMISS**

Plaintiff, NATONAL CONTINENTAL INSURANCE COMPANY ("NCIC"), by its attorneys, THE HUNT LAW GROUP, LLC., pursuant to Federal Rule of Civil Procedure 12(h)(3), moves this Honorable Court to dismiss the case as moot and, in support thereof, states as follows:

1. The instant action is a declaratory judgment action in which NCIC seeks a declaration with respect to whether it owes a duty to defend and indemnify Gian Singh, as Representative of the Estate of Harpreet Singh, Sumeet Singh, AG Express, Inc. ("AG"), and D Line Logistics, Inc. ("DLL") under an insurance policy issued to DLL in a wrongful death case asserted by Gian Singh in the Circuit Court of Cook County (the "underlying case").

2. On September 10, 2018, the parties in the underlying case have reached a settlement to dismiss the underlying case for the amount of $450,000.

3. As the underlying case has settled - - and with no reason to believe that the state court will not approve the settlement and dismiss the case - - the instant declaratory judgment action has been rendered as moot. *See Nautilus Ins. Co. v. Nevco Waterproofing,* 202 Fed. Appx. 667 (2006) (holding that the insurer's declaratory judgment as to whether it had duty to defend the

insured was mooted when the underlying action against the insured was dismissed after settlement).

4. Hence, there is no longer any actual controversy among the parties and this case should be dismissed, pursuant to FRCP 12(h)(3), as the case has become moot.

WHEREFORE, Plaintiff, NATIONAL CONTINENTAL INSURANCE COMPANY, respectfully requests this Court to enter an Order, pursuant to Federal Rule of Civil Procedure 12(h)(3), granting Plaintiff's Motion to Dismiss and for such other relief as this Honorable Court deems just and appropriate.

>Respectfully submitted,
>THE HUNT LAW GROUP, LLC
>
>_/s/ BJH_____
>Brian J. Hunt

Brian J. Hunt (6208397)
THE HUNT LAW GROUP, LLC
Attorneys for Plaintiff
10 South LaSalle Street, Suite 1450
Chicago, Illinois 60603
312-384-2300 (phone)
312-443-9391 (fax)
bhunt@hunt-lawgroup.com